# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CASSANDRA D. COLO'N, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 4:07-cv-00060-TWP-DML |
| INDIANA DOWNS, | ) |
| Defendant. | ) |

## Entry Discussing Motion for Clarification

The plaintiff's motion for clarification (Dkt. No. 200) makes reference to the Entry of June 27, 2011, and states that such Entry "leaves the Plaintiff confused as to whether the courts [sic] is stating she can now file her notice of appeal from the entry, and as to [sic? the] running of her time frame to do so." She seeks at the conclusion of her motion "the explanation [in layman's terms]" of the Entry issued on June 27, 2011.

The Court clarifies the entry as follows: The June 27, 2011 Entry (Dkt. 199) DENIED the plaintiff's Motion for Reconsideration of the Entry which Denied the Motion for a New Trial. The Court cited several cases in its ruling which explain the legal justification for denying the motion to reconsider and the impact of a motion to reconsider on jurisdiction to consider appeal. The June 27, 2011 Entry further notified plaintiff that: "The ruling of June 9, 2011, is appealable, if at all, only as part of an appeal from the final judgment entered on the clerk's docket on December 3, 2010." The Court of Appeals will make the determination as to the timeliness of any notice of appeal. Plaintiff therefore, should file any notice of appeal at once.

The court is not able to interpret its rulings for litigants, whether represented by counsel or not, and "[d]istrict judges have no obligation to act as counsel or paralegal to

pro se litigants." *Pliler v. Ford*, 542 U.S. 225, 231 (2004). This explains why the court declines to elaborate further on its ruling of June 27, 2011, beyond the observations in this Entry.

Accordingly, the plaintiff's request for clarification (Dkt. No. 200) is granted in part and denied in part.

IT IS SO ORDERED.

Date: 07/11/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey B. Halbert
STEWART & IRWIN P.C.
jhalbert@silegal.com

Mickey J. Lee
STEWART & IRWIN P.C.
mlee@silegal.com

Cassandra D. Colo'n
P.O. Box 3113
Clarksville, IN 47131