**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| CASSANDRA D. COLO=N, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:07-cv-60-TWP-DML |
| ) | |
| INDIANA DOWNS, ) | |
| ) | |
| Defendant. ) | |

**Entry Discussing Motion for Production of Entire Trial**
**Transcript without Cost Pursuant to 28 U.S.C. § 1915(c)**

This cause is before the court on the plaintiff's motion for production of entire trial transcript without cost pursuant to 28 U.S.C. § 1915(c). This motion is considered after the denial of the plaintiff's motion to alter or amend judgment, after the plaintiff's filing of an untimely notice of appeal, after the denial of the plaintiff's request to proceed on appeal *in forma pauperis* in this court, and the denial of a similar request by the Court of Appeals. The current appeal is limited to a review of orders entered on June 27, 2011 and July 11, 2011.

**I.**

A transcript will not be printed at public expense without a certificate from the trial judge certifying that the appeal is not frivolous, but presents a substantial question. *See* 28 U.S.C. ' 753(f); *Harvey v. Andrist,* 754 F.2d 569, 571 (5th Cir.), *cert. denied*, 471 U.S. 1126 (1985); *King v. Carmichal,* 268 F.2d 305 (6th Cir. 1959). In applying this standard, the decision to produce a transcript at public expense is made on an issue-by-issue basis, meaning in part that the indigent appellant must identify the questions or points in a proposed appeal which Apresent[ ] a substantial question@ and which are not frivolous.

If not dismissed for procedural reasons, the plaintiff's appeal may be dismissed for lack of jurisdiction. *McCarty v. Astrue*, 528 F.3d 541, 544 (7th Cir. 2008)("A timely notice of appeal is a prerequisite to appellate review.")(citations omitted). Given the current posture of this case, there is no substantial issue which the plaintiff will be permitted to present in the appeal which requires production of a transcript of the entire trial record. Accordingly, the plaintiff's motion for production of entire trial transcript without cost pursuant to 28 U.S.C. § 1915(c) [Dkt. 209] must be **denied**.

## II.

The record on appeal shall be **supplemented** with this Entry.

**IT IS SO ORDERED**.

Date: 03/26/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Cassandra D. Colo'n
P.O. Box 3113
Clarksville, IN 47131

Jeffrey B. Halbert
STEWART & IRWIN P.C.
jhalbert@silegal.com

Mickey J. Lee
STEWART & IRWIN P.C.
mlee@silegal.com